857 A.2d 671

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Darrius L. JEFFRIES, Appellant.**

Supreme Court of Pennsylvania.

Argued May 11, 2004.

Decided June 2, 2004.

Justin James McShane, for Darrius L. Jeffries, appellant.

Edward Michael Marsico, Jr., Harrisburg, James Patrick Barker, Williamsport, for the Com. of PA, appellee.

Before: CAPPY, C.J., CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

**ORDER**

PER CURIAM.

Appeal dismissed as having been improvidently granted.